In the Matter of The City of New York, Respondent, Relative to Acquiring Title to the Real Property Required for Hutchinson River Parkway Extension in the Borough of the Bronx. The Cyllene Corporation, Appellant. (Proceeding No. 2.) No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

R. Harold Bach, as Assignee for the Benefit of Creditors of Solomon Schwartz & Son, Inc., Respondent, v. A. Hollander & Son, Inc., Appellant.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

The People of the State of New York, Respondent, v. Samuel Intersimone, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Emil Entian, Appellant, v. Emprop Corporation, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Yetty Schwarz et al., Appellants, v. Raymond Ferriols, Defendant, and Dorn's Transportation, Inc., Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of Grand Central Theatre, Inc., Appellant, against Moving Picture Machine Operators Union, Local 306, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Mary S. Butler, Appellant, v. 37 Brompton Corporation, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Joseph Curran, as President of the National Maritime Union of America, Appellant, v. Walter Winchell et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration Between Arthur M. Wirtz et al., Appellants, and LeVerne Busher, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Maryland Casualty Company, Appellant, v. Edward A. Grace, Defendant, and Alfred P. Burroughs et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## (December 8, 1942.)

City of New York to the use of Abraham Brown et al., Doing Business as the Brown Electric Company, Appellant, v. Continental Casualty Company et al., Appellants, and City of New York, Respondent. (Action No. 1.) Raymond Concrete Pile Company, Individually, et al., Appellants, v. L. P. O'Connor, Inc., et al., Appellants, and City of New York, Respondent. (Action No. 2.) City of New York, Respondent, v. L. P. O'Connor, Inc., et al., Appellants. (Action No. 3.) No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.